UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 29, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> v. ) </br> ) </br> SUNNY SIGUENZA, ) </br> ) </br> Defendant. ) | Case No. 2:07MJ0025-GGH </br></br> ORDER FOR RELEASE OF </br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __SUNNY SIGUENZA__ , Case No. __2:07MJ0025-GGH__ , Charge __18USC § 371__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

__ Bail Posted in the Sum of $_____

    __ Unsecured Appearance Bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    ✔ (Other)   __Pretrial conditins as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __January 29, 2007__ at __2:00 pm__ .

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court